No. 93–9604. LEWIS v. THOMPSON, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 93–9605. MITCHELL v. WHITLEY, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–9606. SIMMONS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–9607. SIQUEIROS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–9608. VASQUEZ-VENEGAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–9609. ARRINGTON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–9610. CONDREN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–9611. FRANGENBERG v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–9612. IN RE FROMAL. C. A. 4th Cir. Certiorari denied.

No. 93–9613. EMERSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–9615. SACK v. ST. FRANCIS HOSPITAL ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–9616. FLATTUM v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–9617. JOHNSON v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 93–9619. LENNICK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–9620. ROGERS v. REED-FLEMING ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–9621. SCOTT v. FLORIDA ET AL. Sup. Ct. Fla. Certiorari denied.